**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| BSG CLEARING SOLUTIONS NORTH AMERICA, LLC, *et al.*, § § § § | |
| *Plaintiffs*, § | |
| v. § | Case No. 5:17-cv-1093-DAE |
| REGIONAL COMMERCE SERVICES, LLC, *et al.*, § § § | |
| *Defendants*. § § | |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DIGITAL SERVICE GROUP**

Plaintiffs move the Court to enter default judgment against defendant Digital Service Group, as authorized under Fed. R. Civ. P. 55(b). An affidavit establishing the sum certain due is attached as Exhibit D (Mimari Affidavit).

### A. INTRODUCTION

1. Plaintiffs are BSG Clearing Solutions North America, LLC; Enhanced Services Billing, Inc.; ACI Billing Services, Inc.; Hold Billing Services Co.; and Billing Concepts, Inc.

2. On October 27, 2017, Plaintiffs sued Digital Service Group for breach of contract and declaratory relief. Doc. 1.

3. On November 22, 2017, Digital Service Group was personally served by delivering a Summons and a copy of Plaintiffs' Complaint to Patti Linden, who was authorized to accept service on behalf of Digital Service Group. A copy of the Return of Service is attached as Exhibit A. Digital Service Group has not filed a responsive pleading or otherwise defended the suit. Exhibit B.

4.	On May 17, 2018, the Court entered a default against Digital Service Group.  A copy of the default is attached as Exhibit C.

**B.  ARGUMENT**

5.	The Court may enter default judgment against a party that has not filed a responsive pleading or otherwise defended the suit. Fed. R. Civ. P. 55; *see United States v. $23,000 in U.S. Currency*, 356 F.3d 157, 163 (1st Cir. 2004).

6.	The Court should enter default judgment against Digital Service Group because Digital Service Group did not file a responsive pleading or otherwise defend the suit within 21 days after November 22, 2017, the date of service of Plaintiffs' Complaint.  Fed. R. Civ. P. 12(a)(1)(A)(i); Fed. R. Civ. P. 55; Exhibit B.

7.	Digital Service Group is a corporate entity and, thus, is not a minor or an incompetent person.

8.	Digital Service Group is a corporate entity and, thus, is not in military service.

9.	Plaintiffs seek a sum certain in damages in the amount of **$83,835.17**.  This amount is described and established through Plaintiffs' damages affidavit attached to this motion.  Exhibit E.

**C.  CONCLUSION**

10.	Defendant Digital Service Group was served with Plaintiffs' Complaint and has wholly failed to file a responsive pleading.  A default has been entered by the Court.  Plaintiffs have now submitted an affidavit establishing their sum certain in damages.  For all these reasons, Plaintiffs ask the Court to grant this motion and enter default judgment against Digital Service Group in the amount of **$83,835.17**, plus Court costs and interest.

Respectfully submitted on May 24, 2018, by:

                         SCHIFFER HICKS JOHNSON PLLC

                         /s/ Andrew S. Hicks
                         Andrew S. Hicks (attorney-in-charge)
                         State Bar No. 24032419
                         700 Louisiana St., Suite 2650
                         Houston, Texas 77002
                         Tel: 713.357.5150
                         Fax: 713.357.5160

                         ATTORNEY IN CHARGE FOR BSG CLEARING SOLUTIONS NORTH AMERICA, LLC; ENHANCED SERVICES BILLING, INC.; ACI BILLING SERVICES, INC.; HOLD BILLING SERVICES CO.; AND BILLING CONCEPTS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, the foregoing document was served on all counsel of record through the U.S. District Court's CM/ECF electronic filing system.

                         /s/ Andrew S. Hicks
                         Andrew S. Hicks