**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| BSG CLEARING SOLUTIONS NORTH AMERICA, LLC, *et al.*, § § § § | |
| *Plaintiffs*, § § | |
| v. § | Case No. 5:17-cv-1093-DAE |
| § § | |
| REGIONAL COMMERCE SERVICES, LLC, *et al.*, § § § § | |
| *Defendants*. § § | |

## DEFAULT JUDGMENT

After considering Plaintiffs' motion for default judgment against defendant Digital Service Group, including the attached entry of default dated May 17, 2018, and Plaintiffs' supporting damages affidavit, the Court:

**ENTERS DEFAULT JUDGMENT** against defendant Digital Service Group in the amount of **$83,835.17** in damages for breach of contract.

SIGNED on _____, 20__.

_____
U.S. DISTRICT COURT

Proposed Default Judgment submitted on May 24, 2018, by:

                        SCHIFFER HICKS JOHNSON PLLC

                        <u>/s/ Andrew S. Hicks</u>
                        Andrew S. Hicks (attorney-in-charge)
                        State Bar No. 24032419
                        700 Louisiana St., Suite 2650
                        Houston, Texas 77002
                        Tel: 713.357.5150
                        Fax: 713.357.5160

                        ATTORNEY IN CHARGE FOR BSG CLEARING SOLUTIONS NORTH AMERICA, LLC; ENHANCED SERVICES BILLING, INC.; ACI BILLING SERVICES, INC.; HOLD BILLING SERVICES CO.; AND BILLING CONCEPTS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, the foregoing document was served on all counsel of record through the U.S. District Court's CM/ECF electronic filing system.

                        <u>/s/ Andrew S. Hicks</u>
                        Andrew S. Hicks