**Western District of Texas - San Antonio Division. Texas**
655 E DURANGO BLVD, RM G-65 SAN ANTONIO TX 78206

Case #: 5:17-CV-01093

**BSG CLEARING SOLUTIONS NORTH AMERICA, LLC, ET AL.**

*Plaintiff*
**vs**
**REGIONAL COMMERCE SERVICES, LLC, ET AL.**

*Defendant*

## AFFIDAVIT OF SERVICE
*(Private Process)*

I, ___Anthony Spada___, being duly sworn deposes
That I am a competent person more than 18 years of age or older and not a party to
this action. That I received the documents stated below on __11-21-2017__ instructing
for same to be delivered upon **Digital Service Group By Delivering To Its Registered
Agent, United States Corporation Agents, Inc.**.

| | |
|---|---|
| That I delivered to | : Patti Linden, Manager |
| the following | : **SUMMONS; PLAINTIFFS' ORIGINAL COMPLAINT & REQUEST FOR DECLARATORY JUDGMENT** |
| at this address | : 500 N. Rainbow Blvd., Suite 300A, Las Vegas, NV 89107 |
| Manner of Delivery | : [XX] By PERSONALLY delivering the document(s) to the person above.<br>[ ] By SUBSTITUTE SERVICE: By delivering to the above named person at the usual place of abode/business<br>[ ] By POSTING: By securely affixing to the main entry |
| Date and time | : November 22, 2017 |

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing
paper are true to the best of my knowledge, information and belief.
EXECUTED BY:

November 24, 2017
Date                                    Signature of Server
                                        Lic#: R-045977         Expiration: 01-17-2019

On this day ___Anthony Spada___ appeared before me, a notary public, and
being duly sworn by me stated that he/she has personal knowledge of the facts set
forth in the foregoing affidavit and declared that the facts contained therein are
true and correct. Given my hand and seal of office this __24th__ day
of __November__ 20__17__.

PCP Inv. #A17B00615
Private Process Server                  NOTARY PUBLIC

Hicks, Andrew S                                          **BERT LOTT**
Schiffer Odom Hicks & Johnson PLLC                       Notary Public, State of Nevada
                                                         Appointment No. 07-4864-1
                                     My Appt. Expires Sept 14, 2019

                                        Service Fee:_____
                                        Witness Fee:_____
                                        Mileage Fee:_____    @
christyb                                                 **RETURN TO CLIENT**

2017003806

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| BSG CLEARING SOLUTIONS NORTH AMERICA, LLC, et al. <br><br> *Plaintiff(s)* <br> v. <br> REGIONAL COMMERCE SERVICES, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5:17-cv-01093   **DAE** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Digital Service Group
By serving its Registered Agent, United States Corporation Agents, Inc.
500 N Rainbow Blvd., Suite 300A
Las Vegas, NV 89107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Hicks
700 Louisiana St, Ste. 2650
Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Jeannette J. Clack

Date: NOV 1 6 2017    *Diana Garcia*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-01093 

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                            *Server's signature*

                                                _____
                                                            *Printed name and title*


                                                _____
                                                            *Server's address*

Additional information regarding attempted service, etc: