IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BSG CLEARING SOLUTIONS NORTH AMERICA, LLC, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> REGIONAL COMMERCE SERVICES, LLC, *et al.*, <br><br> *Defendants*. | § § § § § § § § § § § § § § Case No. 5:17-cv-1093-DAE |

### DECLARATION OF ANDREW S. HICKS

1. My name is Andrew S. Hicks. I am an attorney representing Plaintiffs in the above-captioned case. The facts stated herein are within my personal knowledge.

2. Exhibit A to Plaintiffs' Request for Default is a true and correct copy of the return of service I received concerning the service of Plaintiffs' Complaint on defendant Digital Service Group.

3. As reflected in Exhibit A, on November 22, 2017, defendant Digital Service Group was served with a Summons and a copy of Plaintiffs' Complaint by personal delivery.

4. As of the date of this Declaration, defendant Digital Service Group has not filed a responsive pleading or otherwise defended this suit.

5. As Digital Service Group is a corporate entity, it is not a minor or incompetent person.

6. As Digital Service Group is a corporate entity, it cannot be in military service.

7.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May __16__, 2018.

_____
Andrew S. Hicks