IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | § | |
|---|---|---|
| BSG CLEARING SOLUTIONS NORTH AMERICA, LLC, *et al.*, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Case No. 5:17-cv-1093-DAE |
| REGIONAL COMMERCE SERVICES, LLC, *et al.*, | § § § § | |
| *Defendants*. | § § | |

## DEFAULT

After considering Plaintiffs' request for entry of default against defendant Digital Service Group, the clerk:

FINDS that the record supports entry of default and ENTERS DEFAULT against Digital Service Group.

SIGNED on May 17, 2018.

FILED
MAY 17 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

JEANNETTE J. CLACK
CLERK, U.S. DISTRICT COURT

By: _____
Rosanne M. Garza, Deputy Clerk